Matter of Gondree
2026 NY Slip Op 02767
May 1, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

MATTER OF HOWARD FRANK GONDREE, AN ATTORNEY, RESIGNOR.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department
Decided on May 1, 2026
—
Present: Curran, J.P., Bannister, Montour, Greenwood, And Hannah, JJ. (Filed Apr. 29, 2026.)
[*1]
MEMORANDUM AND ORDER
Application to resign for non-disciplinary reasons accepted and name removed from roll of attorneys.